

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED   JAN 1 2 2007
CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

NATHANIEL FLETCHER JENKINS

VERSUS

TRANS UNION

CIVIL ACTION NO: 07-33-JVP-DLD

SECTION

MAGISTRATE

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1331 and 1441 and the grounds set out in this Notice, defendant Trans Union, LLC removes this action from the Baton Rouge City Court, Small Claims Division, State of Louisiana, to this Court. Trans Union reserves all rights and defenses, jurisdictional or otherwise, including all defenses provided by Rule 12 of the Federal Rules of Civil Procedure. Removal is proper for the reasons that follow.

1.

On January 2, 2007, Trans Union received, via Long Arm service, a copy of the Statement of Claim and Citation filed by plaintiff Nathaniel Fletcher Jenkins in the Baton Rouge City Court, Small Claims Division, State of Louisiana, No. 0612-09948-B.

2.

Plaintiff's lawsuit alleges Trans Union violated the Fair Credit Reporting Act, 15 U.S.C.A. § 1681, et seq.

JSL, Removal

3.

Because, as explained below, this Court has original jurisdiction over this action, the case may be properly removed pursuant to 28 U.S.C. § 1441.

4.

A copy of the Statement of Claim and Citation with all other papers received by Trans Union are attached as Exhibit 1 in compliance with 28 U.S.C. § 1446(a).

5.

At all times pertinent to plaintiff's cause of action, Trans Union was and is a foreign limited liability company engaged in whole or in part in the practice of assembling or evaluating consumer credit information or other information about consumers for the purpose of furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. §1681a(f), the Fair Credit Reporting Act.

6.

Plaintiff filed this suit against Trans Union for damages and equitable relief arising out of allegedly inaccurate credit information regarding plaintiff.

7.

Claims against consumer reporting agencies are governed by the Fair Credit Reporting Act, 15 U.S.C. §1681, et seq.

8.

Because plaintiff has pleaded a claim that arises under the laws of the United States, plaintiff has invoked "federal question jurisdiction," giving this Court subject matter jurisdiction

pursuant to 28 U.S.C. §1331. Because plaintiff has invoked federal question jurisdiction, this action is removable pursuant to 28 U.S.C. § 1441(b).

9.

This Court has supplemental jurisdiction over any state-law claims made in the petition pursuant to 28 U.S.C. §1367, and all such claims are removable pursuant to 28 U.S.C. §1441(c).

10.

Removal is timely pursuant to 28 U.S.C. §1446(b) because it is filed within thirty days of January 2, 2007, the first date of service on the defendant from which it is ascertainable that the case has become removable.

11.

Venue is proper in the United States District Court for the Middle District of Louisiana pursuant to 28 U.S.C. §1441(a) because the Baton Rouge City Court, Small Claims Division is within the United States District Court for the Middle District of Louisiana because it exists in East Baton Rouge Parish. See 28 U.S.C. §98.

12.

A copy of this Notice of Removal has been served on plaintiff who is proceeding pro se.

13.

Trans Union is providing the Baton Rouge City Court, Small Claims Division with written notice of this removal. Trans Union requests that the clerk of that Court forward a certified copy of the court record to this Court.

WHEREFORE, Defendant Trans Union, LLC hereby gives notice that this suit is removed to this Court.

Respectfully Submitted,

/s/ James R. Chastain

James R. Chastain, Jr. (La. Bar # 10518)
**KEAN MILLER HAWTHORNE D'ARMOND McCOWAN & JARMAN LLP**
One American Place, 22nd Floor
P. O. Box 3513
Baton Rouge, Louisiana   70825
Telephone:  225.387.0999
Facsimile:  225.388.9133
sonny.chastain@keanmiller.com

and

Glenn P. Orgeron, T.A. (La. Bar #10235)
Lisa A. Easterling (La. Bar #21577)
**KEAN MILLER HAWTHORNE D'ARMOND MCCOWAN & JARMAN LLP**
909 Poydras Street, Suite 1450
New Orleans, Louisiana   70112
(504) 585-3050
(504) 585-3051 (facsimile)
glenn.orgeron@keanmiller.com
lisa.easterling@keanmiller.com

**ATTORNEYS FOR TRANS UNION, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on all parties to this proceeding by placing same in the United States Mail, postage prepaid this 12th day of January, 2007.

/s/ James R. Chastain

1120921



EXHIBIT
1

***ALL INFORMATION (BLANKS) MUST BE TYPED OR PRINTED.

**BATON ROUGE CITY COURT**
**SMALL CLAIMS DIVISION**
233 St. Louis St.
P. O. Box 3438
Baton Rouge, LA 70821
(225) 389-3017

recv'd
1/2/07 NT

# STATEMENT OF CLAIM AND CITATION
R.S. 13:5207

SUIT NUMBER: _____

| PLAINTIFF | VERSUS | DEFENDANT |
|---|---|---|
| (By signing this petition, I verify that I have read and understand the Court's publication: "How to Use the Small Claims Division.") | ★ | Trans Union |
| | | FULL NAME OF PARTY BEING SUED |
| Nathaniel Fletcher Seakins | ★ | |
| FULL NAME OF SUING PARTY | | NAME OF OWNER IF SUING A COMPANY |
| 225-709-3155 | ★ | P O Box 1000 |
| DAYTIME PHONE | | STREET ADDRESS OF DEFENDANT |
| 1411 Karla St. | ★ | Chester, PA 19022  (800)888-4213 |
| STREET ADDRESS OF PLAINTIFF | | CITY, STATE, ZIP CODE    DAYTIME PHONE |
| | | (L) 555 West Adams St |
| | ★ | OTHER ADDRESS FOR DEFENDANT |
| Alexandria, LA 71303 | | Chicago, IL 60661-3601 |
| CITY, STATE, ZIP CODE | | CITY, STATE, ZIP CODE |

| PERSONAL | DOMICILIARY |
|---|---|
| I served the original citation and process and certified copy of any accompanying document on the _____ day of _____, 20_____ on the within named, _____, in the Parish of East Baton Rouge, State of La., by tendering same to or the agent/atty., _____ in PERSON at _____ _____ _____ | I served the original citation and process and certified copy of any accompanying document on the _____ day of _____, 20_____ on the within named, _____, at his dwelling, house, or usual place of **DOMICILE** at _____ by leaving same with _____ _____, a person of suitable age and discretion residing therein as a member of within named person's domiciliary establishment. |
| Deputy City Constable, City of Baton Rouge | Deputy City Constable, City of Baton Rouge |

| | DUE AND DILIGENT |
|---|---|
| Service Fee   $_____ Mileage       $_____ TOTAL        $_____ | I received the original citation and process and certified copy of any accompanying document on the _____ day of _____, 20_____. After diligent search and inquiry, I was unable to find the within named, _____, at his domicile, or anyone legally authorized to represent him. I, therefore, return original citation and process **NOT SERVED** on this _____ day of _____, 20_____ because _____ |
| | Deputy City Constable, City of Baton Rouge |

(Word) Shared\CivilFrm\Statement of Claim & Citation (p 3)
Revised 12/15/04

***ALL INFORMATION (BLANKS)
MUST BE TYPED OR PRINTED.

**BATON ROUGE CITY COURT
SMALL CLAIMS DIVISION**
233 St. Louis St.
P. O. Box 3438
Baton Rouge, LA 70821
(225) 389-3017

## STATEMENT OF CLAIM AND CITATION
R.S. 13:5207

SUIT NUMBER: _____

| PLAINTIFF | VERSUS | DEFENDANT |
|---|---|---|

(By signing this petition, I verify that I have read and understand the Court's publication: "How to Use the Small Claims Division.")

FULL NAME OF SUING PARTY: Nathaniel Fletcher Jenkins

DAYTIME PHONE: 225-202-0455

STREET ADDRESS OF PLAINTIFF: 1406 Karla St.

CITY, STATE, ZIP CODE: Alexandria, LA, 71303

FULL NAME OF PARTY BEING SUED: TransUnion

NAME OF OWNER IF SUING A COMPANY: _____

STREET ADDRESS OF DEFENDANT: P.O. Box 1000

CITY, STATE, ZIP CODE: Chester, PA, 19022   DAYTIME PHONE: (800) 888-4213

OTHER ADDRESS FOR DEFENDANT: 555 West Adams St.

CITY, STATE, ZIP CODE: Chicago, IL 60661-3601

PLAINTIFF CLAIMS THE FOLLOWING RELIEF FROM THE DEFENDANT (Short Statement of Plaintiff's claim and reasons.) If claim is for money, state the date and manner in which indebtedness arose. If claim is for movable property, give description, location, and value. Attach copies of any written supporting documents.

Amount sued for $ 1.00 plus legal interest and court costs.

Items Removed From Credit Report As Per LA.RS. 9:3571.1(3)B

1. Act No. 44303166 USAA Federal Savings Bank
2. Act No. 517805738939409 Capital One
3. Act No. 225471334 GC Services (Sprint) Collection
4. Act No. 17543943 Credit Collection Service (Progressive Ins Company)
5. Act No. 200919387700001 Verizon Wireless
6. Act No. 31578 Baton Rouge Telco
7. Act No. 455951200005 Providian (PBX)

**NOTICE TO ALL PARTIES:** During the pendency of this lawsuit, the Court will contact you at the above address and phone number that you have provided. If either address or phone number should change, you must notify the Court immediately. Your case may be decided by an Arbitrator, who is a licensed attorney, appointed by the Judge. If so appointed, his decision will be final and binding. **Citation continued on back.**

FILED _____, 20 06

CHIEF DEPUTY CLERK/DEPUTY/DEPUTIZED CLERK/DEPUTIZED SPECIALIST

A TRUE COPY Dec. 19, 20 06

SIGNED _____ #82889
CHIEF DEPUTY CLERK/DEPUTY/DEPUTIZED CLERK/DEPUTIZED SPECIALIST

SIGNATURE OF PLAINTIFF

PLEASE SERVE DEFENDANT/AGENT:

At: _____

(Word) Shared\CivilFrm\Statement of Claim & Citation (p.2)
Revised 12/15/04

OVER ➔

DEFENDANT'S COPY

US Army National Guard.
1Lt. Nathaniel F. Jenkins
1406 Karla St.
Alexandria, La 71303

To Whom It May Concern:

    I have tried several attempts to correct these accounts which are showing on my credit report. I have not received nor heard any response to any creditor or credit bureau concerning my report. These negative reports have hindered not only my family but also my financial situation. Only one creditor seems to have tried to correct the problem which is Baton Rouge Telco. I have a letter which was dated since February which I have submitted to the credit bureaus numerous times to correct the adverse account history. I have disputed these actions with the credit bureau on over 17 different times. They have yet to take these creditors and negative accounts off my credit report. **Under FCRA, section 623, subsection (7) (A), subsection (8) (D), (8) (E) (iii)** these creditors have the right to notify you prior to placing anything on your report. As per LA. RS. 9:3571.1 (3) B any credit reporting agency shall take reasonable care and accuracy of a consumers credit report. This credit bureau has not corrected with deletion any of the creditors by following any of the laws previous mention. These certified letters, numerous disputes with credit bureau, and honest integrity has show proof that my case is legitimate.

    I am not only a veteran but a proud citizen of the judicial system who stands to uphold justice. This has caused financial hardships to my family and my career. I would appreciate if the credit bureau would remove these creditors from my credit reports. As a leader I stand to maintain integrity, service to community, and future creditors.

FILED _Dec. 15_ 20 _06_
(SIGNED) _[signature]_
    Chief Deputy/Deputy Clerk
    Deputy Clerk/Specialist of Baton Rouge City Court

A TRUE COPY _Dec. 19_ 20 _06_
(SIGNED) _[signature] #82889_
    Chief Deputy/Deputy Clerk
    Deputy Clerk/Specialist of Baton Rouge City Court

Thanks,
_[signature]_
Nathaniel F. Jenkins

NATHANIEL JENKINS
1406 KARLA ST
ALEXANDRIA, LA. 71303

---

USAA FED SAVING BANK
PO BOX 47504
SAN ANTONIO, TX. 78265-7504

November 14, 2006

RE: 44301166

To Whom It May Concern:

"This is a notice of dispute pursuant to the Fair Credit Reporting Act (FCRA), section 623, subsection (8) (D). The specific information being disputed is the derogatory nature of the information you have furnished to the credit reporting agencies in connection with the above mentioned account. The specific item being reported is a (LATE PAYMEN). The basis for my dispute is your company was required to notify me prior to, or no later than 30 days after furnishing the negative information to the consumer reporting agencies... in writing, that such furnishing of information was going to take place. This notification is required under the FCRA, section 623, subsection (7) (A). However, I am unable to find any documentation you complied with this requirement.

Therefore, provide me proof of notification (i.e. a copy of the actual notification sent), and proof that it was delivered to me in a timely manner (i.e. a dated certified mail delivery confirmation with my signature).

If you cannot provide proof of notification and date of receipt, then you cannot substantiate you followed the procedures required under the Fair Credit Reporting Act. Therefore, the continued reporting of negative information to the credit reporting agencies in the connection with the above mentioned account may constitute the furnishing of false information with malice or willful intent to injure me.

To correct this error I suggest you modify the account accordingly, report the results of your investigation to the consumer reporting agencies to which you furnished the information, and provide me written verification thereof. You have 30 days from the date you receive this notice to complete your investigation and respond pursuant to the Fair Credit Reporting , section 623(8)(E)(iii).

In the event you fail to respond to this dispute or provide insufficient proof of the notification and date of receipt, I will have no other choice but to seek administrative enforcement with all applicable agencies identified in section 621 and consult with my attorney. I have also requested the assistance Attorney General in this matter"

NATHANIEL JENKINS
1406 KARLA ST
ALEXANDRIA, LA. 71303

---

CAPITAL ONE
15000 CAPITAL ONE DR
RICHMOND, VA. 23238-1119

November 14, 2006

RE: 5178052358939409

To Whom It May Concern:

"This is a notice of dispute pursuant to the Fair Credit Reporting Act (FCRA), section 623, subsection (8) (D). The specific information being disputed is the derogatory nature of the information you have furnished to the credit reporting agencies in connection with the above mentioned account. The specific item being reported is a (LATE PAYMEN HISTORY AND SETTLED FOR LESS THAN FULL BALANCE ). The basis for my dispute is your company was required to notify me prior to, or no later than 30 days after furnishing the negative information to the consumer reporting agencies... in writing, that such furnishing of information was going to take place. This notification is required under the FCRA, section 623, subsection (7) (A). However, I am unable to find any documentation you complied with this requirement.

Therefore, provide me proof of notification (i.e. a copy of the actual notification sent), and proof that it was delivered to me in a timely manner (i.e. a dated certified mail delivery confirmation with my signature).

If you cannot provide proof of notification and date of receipt, then you cannot substantiate you followed the procedures required under the Fair Credit Reporting Act. Therefore, the continued reporting of negative information to the credit reporting agencies in the connection with the above mentioned account may constitute the furnishing of false information with malice or willful intent to injure me.

To correct this error I suggest you modify the account accordingly, report the results of your investigation to the consumer reporting agencies to which you furnished the information, and provide me written verification thereof. You have 30 days from the date you receive this notice to complete your investigation and respond pursuant to the Fair Credit Reporting , section 623(8)(E)(iii).

In the event you fail to respond to this dispute or provide insufficient proof of the notification and date of receipt, I will have no other choice but to seek administrative enforcement with all applicable agencies identified in section 621 and consult with my attorney. I have also requested the assistance Attorney General in this matter"

Cc ANN WILLIAMSON, ESQ

NATHANIEL JENKINS
1406 KARLA ST
ALEXANDRIA, LA. 71303

GC SERVICES
6330 GULFTON ST
HOUSTON, TX 77081-1108

November 14, 2006

RE: 225471334

To whom it may concern:

I am in receipt of your company's letter informing me you are handling the collection of the accounts mentioned above. However, after reviewing my records, I am unable to find any documentation of any contractual relationship between you, (GC SERVICES), and me, (NATHANIEL JENKINS) which makes you a person entitled to enforce a commercial claim against me. This letter is not a request for "verification" or "validation".

This is a request for proof of contract to substantiate your claim. Therefore, provide me with a certified copy of an original contract, with my signature specifically naming your company as a person entitled to enforce a commercial claim against me.

\* Certification can be done through the presence of a notary public, who duly swears the copy made is in fact a copy of the original paper contract in question.

Your failure to respond and provide strict proof of contract will constitute your tactic agreement that you, (GC SERVICES), are not entitled to enforce a claim against me. In the event you continue your collection efforts against me without providing proof of contract, I may do one of the following: 1. file a complaint with the Attorney General. 2. File a complaint with the Federal Trade Commission. 3. File a police report against you for harassment and invasion of privacy. 4. File a lawsuit against you in my parish for harassment, fraud, and invasion of privacy.

You have 30 days to provide strict proof of contract. In the event you cannot provide strict proof of contract, you must cease and desist and all collection efforts and immediately remove any derogatory information reported to the consumer reporting agencies. In the event you transfer this account to an attorney without providing proof of contract, he will be immediately reported to the State Bar Association and Professional Liability Fund for code of ethics violations."

Cc: ANN WILLIAMSON, ESQ

NATHANIEL JENKINS
1406 KARLA ST
ALEXANDRIA, LA. 71303

CREDIT COLLECTION SERVICE
2 WELLS AVE
NEWTON, MA 02459, MA 02459-3208

November 14, 2006

RE: 17543943

To whom it may concern:

I am in receipt of your company's letter informing me you are handling the collection of the accounts mentioned above. However, after reviewing my records, I am unable to find any documentation of any contractual relationship between you, (CREDIT COLLECTION SERVICE), and me, (NATHANIEL JENKINS) which makes you a person entitled to enforce a commercial claim against me. This letter is not a request for "verification" or "validation".

This is a request for proof of contract to substantiate your claim. Therefore, provide me with a certified copy of an original contract, with my signature specifically naming your company as a person entitled to enforce a commercial claim against me.

* Certification can be done through the presence of a notary public, who duly swears the copy made is in fact a copy of the original paper contract in question.

Your failure to respond and provide strict proof of contract will constitute your tactic agreement that you, (CREDIT COLLECTION SERVICE), are not entitled to enforce a claim against me. In the event you continue your collection efforts against me without providing proof of contract, I may do one of the following: 1. file a complaint with the Attorney General. 2. File a complaint with the Federal Trade Commission. 3. File a police report against you for harassment and invasion of privacy. 4. File a lawsuit against you in my parish for harassment, fraud, and invasion of privacy.

You have 30 days to provide strict proof of contract. In the event you cannot provide strict proof of contract, you must cease and desist and all collection efforts and immediately remove any derogatory information reported to the consumer reporting agencies. In the event you transfer this account to an attorney without providing proof of contract, he will be immediately reported to the State Bar Association and Professional Liability Fund for code of ethics violations."

Cc: ANN WILLIAMSON, ESQ

NATHANIEL JENKINS
1406 KARLA ST
ALEXANDRIA, LA 71303

Verizon Wireless – STHEAST
1 Verizon Place
MA GA3B1 1HR
Alpharetta, GA 30004-8510

November 14, 2006

Re: 20091938977100001

To whom it may concern:

I am in receipt of your company's letter informing me you are handling the collection of the accounts mentioned above. However, after reviewing my records, I am unable to find any documentation of any contractual relationship between you, (**Verizon Wireless, STHEAST**), and me, (**Nathaniel Jenkins**) which makes you a person entitled to enforce a commercial claim against me.

This letter is not a request for "verification" or "validation".

This is a request for proof of contract to substantiate your claim. Therefore, provide me with a certified copy of an original contract, with my signature specifically naming your company as a person entitled to enforce a commercial claim against me.

\* Certification can be done through the presence of a notary public, who duly swears the copy made is in fact a copy of the original paper contract in question.

Your failure to respond and provide strict proof of contract will constitute your tactic agreement that you, (EC SERVICES), are not entitled to enforce a claim against me. In the event you continue your collection efforts against me without providing proof of contract, I may do one of the following: 1. file a complaint with the Attorney General. 2. File a complaint with the Federal Trade Commission. 3. File a police report against you for harassment and invasion of privacy. 4. File a lawsuit against you in my parish for harassment, fraud, and invasion of privacy.

You have 30 days to provide strict proof of contract. In the event you cannot provide strict proof of contract, you must cease and desist and all collection efforts and immediately remove any derogatory information reported to the consumer reporting agencies. In the event you transfer this account to an attorney without providing proof of contract, he will be immediately reported to the State Bar Association and Professional Liability Fund for code of ethics violations."

Cc: ANN WILLIAMSON, ESQ

# BATON ROUGE
# TELCO
## FEDERAL CREDIT UNION

2226 Wooddale Blvd.
Baton Rouge, LA 70806-1444
(225) 924-8900 ext. 218
Fax (225) 923-3136
www.brtelco.org
jcalhoun@brtelco.org

February 24, 2006

RE: Nathaniel Junkins
Member # 31578 L141 VISA

To whom it may concern,

Please regard this letter as confirmation that the 1 over 30 days reporting to the credit bureaus for June 2005 was reported in error by Baton Rouge Telco Federal Credit Union.

Please feel free to call if any further confirmation is needed.

Sincerely,

Jerome Calhoun
Collection Supervisor

**AMERICA'S CREDIT UNIONS**
*Where people are worth more than money.*

***ALL INFORMATION (BLANKS)
MUST BE TYPED OR PRINTED.

**BATON ROUGE CITY COURT
SMALL CLAIMS DIVISION**
233 St. Louis St.
P. O. Box 3438
Baton Rouge, LA 70821
(225) 389-3017

### * * * DEFENDANT'S ANSWER * * *
R.S. 13:5207

SUIT NUMBER: 0612-09948-B

| PLAINTIFF | VERSUS | DEFENDANT |
|---|---|---|

(By signing this petition, I verify that I have read and understand the Court's publication: "How to Use the Small Claims Division.")

Nathaniel Flecker Myers
FULL NAME OF SUING PARTY

225-902-3135
DAYTIME PHONE

1100 Karla St
STREET ADDRESS OF PLAINTIFF

Alexandria, LA 71303
CITY, STATE, ZIP CODE

Transunion
FULL NAME OF PARTY BEING SUED

NAME OF OWNER IF SUING A COMPANY

P. O. Box 1000
STREET ADDRESS OF DEFENDANT

Chester, PA 19022    (800)888-4213
CITY, STATE, ZIP CODE    DAYTIME PHONE

(1) 555 West Adams St
OTHER ADDRESS FOR DEFENDANT

Chicago, IL 60661-3601
CITY, STATE, ZIP CODE

THIS FORM MAY BE USED TO NOTIFY THE SMALL CLAIMS COURT WHETHER OR NOT YOU INTEND TO CONTEST THE PLAINTIFF'S CLAIM. CHECK THE STATEMENT BELOW THAT APPLIES.

___ 1. I do not owe the Plaintiff any part of what he/she claims; or
___ 2. I owe the Plaintiff only part of what he/she claims; or
___ 3. I owe the Plaintiff what he/she claims, and waive any further appearance and/or delays and consent to judgment against me in the amount sought.

**FILL IN THIS SECTION COMPLETELY**

DATE: _____   SIGNATURE: _____

PHONE NUMBER: _____   ADDRESS: _____

I HEREBY CERTIFY that the above and foregoing Answer has been served upon the opposing party by mailing a copy, first class postage pre-paid, addressed to:

_____

On this ____ day of _____, 20___.

Signed

*** NOTICE TO ALL PARTIES: During the pendency of this lawsuit, the Court will contact you at the address and phone number you have indicated. If either address or phone number should change, please notify the Court immediately.

**PLEASE SERVE PLAINTIFF:**

_____

At: _____

(Word) Shared\CivilFrm\Statement of Claim & Citation (p 4)
Revised 12/15/04

OVER →

≋JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

## DEFENDANTS

(b) County of Residence of First Listed Plaintiff   Rapides Parish
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Delaware County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

See Attached

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C.A. Sec. 1681 et seq.

Brief description of cause:
Alleged violation of Fair Credit Reporting Act.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ $1.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE  1-12-07
01/12/2006

SIGNATURE OF ATTORNEY OF RECORD

---

**FOR OFFICE USE ONLY**

RECEIPT # 4699005438   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

I.	(c)	Attorneys' (Firm Name, Address and Telephone Number)

>	James R. Chastain, Jr. (#19518)
>	Glenn P. Orgeron, T.A. (#10235)
>	Lisa A. Easterling (#21577)
>	KEAN MILLER HAWTHORNE D'ARMOND
>	McCOWAN & JARMAN, LLP
>	One American Place, 22nd Floor
>	P. O. Box 3513
>	Baton Rouge, Louisiana 70821
>	Telephone: (225) 387-0999